UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DERRICK JERMAINE SHELBIA #411997** | **CASE NO. 25-cv-435 SEC P** |
| -vs- | **JUDGE DRELL** |
| **TREVOR MCDONALD ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 17), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Complaint (Doc. 1) and Amended Complaint (Doc. 16) are DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915 and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana this 10th day of February 2026.

                                                        **DEE D. DRELL, SENIOR JUDGE**
                                                        **UNITED STATES DISTRICT COURT**